IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>TERRY VINCENT BROWN,<br><br>                  Defendant. | Case No. 3:14-cr-00017-RRB<br><br>**ORDER ACCEPTING ADMISSIONS** |

       Before the Court at Docket 125 is the Final Report and Recommendation of the Magistrate Judge, in which the Magistrate Judge recommends that the Court accept Defendant's admissions to Violations 1–4 of the Petition filed at Docket 105, after a hearing conducted by the Magistrate Judge at Docket 124.

       Having reviewed the record, the Court hereby ACCEPTS and ADOPTS the aforesaid admissions. A disposition hearing is hereby set for **November 8, 2023, at 11:00 a.m.** in Anchorage Courtroom 4.

       IT IS SO ORDERED this 10th day of October, 2023, at Anchorage, Alaska.

                                                          */s/ Ralph R. Beistline*
                                                            RALPH R. BEISTLINE
                                               Senior United States District Judge